

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00061-CV

Maria Trevino, Annette Trevino, and Annalle Trevino
v.
Ricardo Garza Gonzalez

On Appeal from the
County Court at Law No 9 of Hidalgo County, Texas
Trial Court Cause No. CL-14-1937-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 27, 2023